JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C&SM INTERNATIONAL, | ) | Case No. CV 18-3397 FMO (ASx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ZULILY, LLC, et al., | ) | |
| Defendants. | ) | |

On October 4, 2018, defendant Zulily, LLC ("Zulily") served an offer of judgment to plaintiff C&SM International ("plaintiff") in the sum of $3,001.00, to resolve all claims alleged against Zulily, plus the amount of costs accrued to date, including attorney's fees awardable under the statute. On October 5, 2018, plaintiff filed its Notice of Offer of Judgment and Acceptance pursuant to Fed. R. Civ. P. 68.  (See Dkt. 49, "Notice of Acceptance").

On November 13, 2018, the court issued its Order of Dismissal as to Defendants JollyChic, Inc. ("JollyChic"), Haiyan Li ("Li"), and Anjanette Learson Joseph d/b/a Plus One Boutique ("Joseph").  (See Dkt. 55, "Court's Order of November 13, 2018).

Based on the foregoing, IT IS ADJUDGED that:

1. Judgment shall be entered against Zulily in the amount of $3,001.00, plus reasonable costs and attorney's fees awardable under statute as of October 4, 2018.

2. The above-entitled case is **dismissed with prejudice** as to Zulily, and **dismissed without prejudice** as to JollyChic, Li, and Joseph.

Dated this 15th day of November, 2018.

                                                /s/
                                  Fernando M. Olguin
                               United States District Judge